**Venna L. SPENCER, Plaintiff–
Appellant,**

v.

**MORNINGSIDE POLICE DEPART-
MENT; Town of Morningside,
MD, Defendants–Appellees.**

No. 02–1953.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Venna L. Spencer, Appellant Pro Se.
Daniel Karp, Allen, Karpinski, Bryant &
Karp, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Venna Spencer appeals the district
court's order granting Defendants' motion
for summary judgment in this employment
discrimination action. We have reviewed
the record and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. *See Spencer v. Morn-
ingside Police Dep't,* No. CA–01–3746–
PJM (D.Md. July 30, 2002). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*